*KSC/08.01.23*
USAO#2022R00465

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
|  | * |  |
| **v.** | * | Criminal no. ELH-23-266 |
|  | * |  |
| **VINCENT EDISON,** | * | **(Conspiracy to Distribute and** |
| **a/k/a "V-Noc,"** | * | **Possess with Intent to Distribute** |
| **CHARLES COLVIN,** | * | **Controlled Substances, 21 U.S.C.** |
| **a/k/a "CJ,"** | * | **§ 846; Possession with Intent to** |
| **CHRISTOPHER EDISON, and** | * | **Distribute Controlled Substances, 21** |
| **DERREN GEORGE,** | * | **U.S.C. § 841(a); Possession of a** |
|  | * | **Firearm in Furtherance of a Drug** |
| **Defendants.** | * | **Trafficking Crime, 18 U.S.C. § 924** |
|  | * | **(c); Possession of a Firearm by a** |
|  | * | **Prohibited Person, 18 U.S.C. §** |
|  | * | **922(g); Aiding and Abetting, 18** |
|  | * | **U.S.C. § 2)** |
|  | * |  |
|  | * |  |

******

**INDICTMENT**

**COUNT ONE**
**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The Grand Jury for the District of Maryland charges:

From a date unknown to the Grand Jury but no later than August 2022 and continuing until

on or about January 2023, in the District of Maryland, the defendants,

**VINCENT EDISON,**
**a/k/a "V-Noc,"**
**CHARLES COLVIN,**
**a/k/a "CJ,"**
**CHRISTOPHER EDISON, and**
**DERREN GEORGE,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectible amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide, commonly called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A)

## COUNT TWO
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about February 3, 2023, in the District of Maryland, the defendant,

**CHARLES COLVIN,**
**a/k/a "CJ,"**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

### COUNT THREE
### Possession of Firearm in Furtherance of Drug Trafficking

The Grand Jury for the District of Maryland further charges:

On or about February 3, 2023, in the District of Maryland, the defendant,

**CHARLES COLVIN,**
**a/k/a "CJ,"**

did knowingly possess a firearm, that is, one Colt .45 handgun with an obliterated serial number,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, possession with intent to distribute controlled substances, in violation of Title 21,

United States Code, Section 841, as alleged in Count Two of this Indictment, which is incorporated

herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

4

## COUNT FOUR

### Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about November 29, 2022, in the District of Maryland, the defendant,

**CHARLES COLVIN,**
**a/k/a "CJ,"**

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

5

## COUNT FIVE

### Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about December 2, 2022, in the District of Maryland, the defendant,

**CHARLES COLVIN,**
**a/k/a "CJ,"**

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance, and a quantity of a mixture or

substance containing cocaine base, a Schedule II controlled substance.


21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

6

## COUNT SIX
### Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about December 6, 2022, in the District of Maryland, the defendant,

**CHARLES COLVIN,**
**a/k/a "CJ,"**

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing cocaine base, a Schedule II controlled substance.


21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT SEVEN
### Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about December 14, 2022, in the District of Maryland, the defendant,

**CHARLES COLVIN,**
**a/k/a "CJ,"**

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance, and a quantity of a mixture or

substance containing cocaine base, a Schedule II controlled substance.


21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

8

## COUNT EIGHT
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

**CHRISTOPHER EDISON,**

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture

or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide, commonly

called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)
18 U.S.C. § 2

## COUNT NINE
### (Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

**CHRISTOPHER EDISON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two firearms to wit: a Ruger P97DC .45 caliber handgun, bearing serial number 663-21851; and a Taurus model 85 .38 caliber revolver, bearing serial number JG96453, and both firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TEN
### Possession of a Firearm in Furtherance of Drug Trafficking

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

### CHRISTOPHER EDISON,

did knowingly possess a firearm, that is, a Ruger P97DC .45 caliber handgun, bearing serial

number 663-21851, and a Taurus model 85 .38 caliber revolver, bearing serial number JG96453,

both firearms were possessed in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is, possession with intent to distribute controlled

substances, in violation of Title 21, United States Code, Section 841, as alleged in Count Eight of

this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

11

## COUNT ELEVEN
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

**VINCENT EDISON,**
**a/k/a "V-Noc,"**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or

substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

12

## COUNT TWELVE
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

**VINCENT EDISON,**
**a/k/a "V-Noc,"**

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide, commonly called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)
18 U.S.C. § 2

13

## COUNT THIRTEEN
### Possession of a Firearm by a Prohibited Person

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

**VINCENT EDISON,**
**a/k/a "V-Noc,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed five firearms to wit: a Taurus G2c .40 caliber handgun, bearing serial number ABH811539; a Tanfoglio Witness-P-F 10 millimeter handgun, bearing serial number MT37205; a Glock 21 .45 caliber handgun, bearing searing number KVS799; a Hatsan Arms Escort 12 Gauge shotgun, bearing serial number 610607; and an Anderson Manufacturing AM-15 .223 Remington rifle, bearing serial number 21025228, and all firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)

**COUNT FOURTEEN**
**Possession of Firearm in Furtherance of Drug Trafficking**

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

**VINCENT EDISON,**
**a/k/a "V-Noc,"**

did knowingly possess multiple firearms, that is, one Taurus G2c .40 caliber handgun, bearing

serial number ABH811539; a Tanfoglio Witness-P-F 10 millimeter handgun, bearing serial

number MT37205; a Glock 21 .45 caliber handgun, bearing searing number KVS799; a Hatsan

Arms Escort 12 Gauge shotgun, bearing serial number 610607; and an Anderson Manufacturing

AM-15 .223 Remington rifle, bearing serial number 21025228, all firearms were possessed in

furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, possession with intent to distribute controlled substances, in violation of Title 21,

United States Code, Section 841, as alleged in Count Twelve of this Indictment, which is

incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

15

## COUNT FIFTEEN
### Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about August 25, 2022, in the District of Maryland, the defendant,

### DERREN GEORGE,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide, commonly called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT SIXTEEN
### Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about November 10, 2022, in the District of Maryland, the defendant,

### DERREN GEORGE,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance, and a quantity of a mixture or

substance containing heroin, a Schedule I controlled substance.


21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT SEVENTEEN
### Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about November 22, 2022, in the District of Maryland, the defendant,

**DERREN GEORGE,**

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing heroin, a Schedule I controlled substance and a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance.


21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

18

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of the defendants' convictions under Counts One through Thirteen of this Indictment.

### Narcotics Forfeiture

2.      As a result of conviction under any of the offenses set forth in Counts One Two, Four, Five, Six, Seven, Eight, Eleven, Twelve, Fifteen, Sixteen, and Seventeen incorporated here, the defendants shall forfeit:

        a.      any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

        b.      any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3.      The property to be forfeited includes any funds that were furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges and was used or intended to be used to facilitate a violation of the Controlled Substances Act.

### Firearms and Ammunition Forfeiture

4.      Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of any offense(s) alleged in Counts Three, Nine, Ten, Thirteen, and Fourteen the defendant(s) convicted

19

of such offense(s) shall forfeit to the United States any firearms and ammunition involved in those offense(s).

## Property Subject to Forfeiture

5.    The property to be forfeited includes, but is not limited to, the following:

    a.  a forfeiture money judgment in the amount of proceeds the defendant obtained;

    b.  a Rolex watch seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

    c.  a Cartier watch seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

    d.  RK Jewelers necklace seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

    e.  a rose gold diamond bracelet seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

    f.  a yellow gold diamond bracelet seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

    g.  a butterfly diamond bracelet seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

    h.  a diamond ring with a "V" seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

    i.  a braided diamond ring seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

j.  a large "V" diamond pendent and necklace seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

k.  a small "V" diamond pendent and necklace seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

l.  approximately $90, 805.00 in U.S. Currency seized during the execution of a search and seizure warrant at 711 W. 40th Street Apt. 537 on January 27, 2023;

m.  a Taurus G2c. 40 caliber handgun, bearing serial number ABH811539;

n.  a Tanfoglio Witness-P -F 10 millimeter handgun, bearing serial number MT37205;

o.  a Glock 21 .45 caliber handgun, bearing searing number KVS799;

p.  a Hatsan Arms Escort 12 Gauge shotgun, bearing serial number 610607;

q.  an Anderson Manufacturing AM-15 .223 Remington rifle, bearing serial number 21025228;

r.  a Ruger P97DC .45 caliber handgun, bearing serial number 663-21851;

s.  a Taurus model 85 .38 caliber revolver, bearing serial number JG96453;

t.  Colt .45 handgun with an obliterated serial number;

u.  Approximately 12, .40 caliber rounds;

v.  Approximately 14, rifle rounds;

w.  Approximately 30, 12-gauge shotgun shells;

x.  Approximately 29, .45 caliber rounds

y.  Approximately 10, 10-millimeter rounds

z.  Approximately 5, .38 caliber rounds

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

**SIGNATURE REDACTED**

~~Foreperson~~

08·02·23
Date

22