*KSC/08.01.23*
USAO#2022R00465

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Ⓑ

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
| | * | |
| | * | |
| **v.** | * | **Criminal no. ELH-23-266** |
| | * | |
| ▮▮▮▮▮▮▮▮▮▮▮ | * | **(Conspiracy to Distribute and** |
| | * | **Possess with Intent to Distribute** |
| | * | **Controlled Substances, 21 U.S.C.** |
| | * | **§ 846; Possession with Intent to** |
| **CHRISTOPHER EDISON, and** | * | **Distribute Controlled Substances, 21** |
| | * | **U.S.C. § 841(a); Possession of a** |
| | * | **Firearm in Furtherance of a Drug** |
| **Defendants.** | * | **Trafficking Crime, 18 U.S.C. § 924** |
| | * | **(c); Possession of a Firearm by a** |
| | * | **Prohibited Person, 18 U.S.C. §** |
| | * | **922(g); Aiding and Abetting, 18** |
| | * | **U.S.C. § 2)** |
| | * | |
| | * | |

\*\*\*\*\*\*

## INDICTMENT

## COUNT ONE
## Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

From a date unknown to the Grand Jury but no later than August 2022 and continuing until

on or about January 2023, in the District of Maryland, the defendants,



**CHRISTOPHER EDISON, and**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectible amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide, commonly called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A)

## COUNT TWO
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about ██████████ in the District of Maryland, the defendant,

████████████

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or

substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

3

## COUNT THREE
### Possession of Firearm in Furtherance of Drug Trafficking

The Grand Jury for the District of Maryland further charges:

On or about ▮▮▮▮▮▮ in the District of Maryland, the defendant,

▮▮▮▮▮▮▮▮▮▮▮

did knowingly possess a firearm, that is, one ▮▮▮▮▮▮▮▮▮▮▮

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, possession with intent to distribute controlled substances, in violation of Title 21,

United States Code, Section 841, as alleged in Count Two of this Indictment, which is incorporated

herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

4

**COUNT FOUR**

**Distribution and Possession with Intent to Distribute Controlled Substances**

The Grand Jury for the District of Maryland further charges:

On or about [redacted] in the District of Maryland, the defendant,

[redacted]

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide, commonly called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT FIVE

### Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about                      in the District of Maryland, the defendant,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance, and a quantity of a mixture or

substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

6

## COUNT SIX
## Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about ▉▉▉▉▉▉ in the District of Maryland, the defendant,

▉▉▉▉▉▉▉▉▉

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

7

## COUNT SEVEN
## Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about                 in the District of Maryland, the defendant,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance, and a quantity of a mixture or

substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

8

## COUNT EIGHT
## Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

## CHRISTOPHER EDISON,

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture

or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide, commonly

called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)
18 U.S.C. § 2

## COUNT NINE
### (Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

### CHRISTOPHER EDISON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two firearms to wit: a Ruger P97DC .45 caliber handgun, bearing serial number 663-21851; and a Taurus model 85 .38 caliber revolver, bearing serial number JG96453, and both firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TEN
### Possession of a Firearm in Furtherance of Drug Trafficking

The Grand Jury for the District of Maryland further charges:

On or about January 27, 2023, in the District of Maryland, the defendant,

### CHRISTOPHER EDISON,

did knowingly possess a firearm, that is, a Ruger P97DC .45 caliber handgun, bearing serial number 663-21851, and a Taurus model 85 .38 caliber revolver, bearing serial number JG96453, both firearms were possessed in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841, as alleged in Count Eight of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

11

## COUNT ELEVEN
## Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about                    in the District of Maryland, the defendant,



did knowingly and intentionally possess with intent to distribute a quantity of a mixture or

substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

12

## COUNT TWELVE
## Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about ▮▮▮▮▮▮▮▮ in the District of Maryland, the defendant,

▮▮▮▮▮▮▮▮▮▮▮▮

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or

substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide, commonly

called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)
18 U.S.C. § 2

13

**COUNT THIRTEEN**
**Possession of a Firearm by a Prohibited Person**

The Grand Jury for the District of Maryland further charges:

On or about ▇▇▇▇▇▇▇ in the District of Maryland, the defendant,

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and all firearms

were in and affecting commerce.

18 U.S.C. § 922(g)(1)

14

## COUNT FOURTEEN
## Possession of Firearm in Furtherance of Drug Trafficking

The Grand Jury for the District of Maryland further charges:

On or about ▮▮▮▮▮▮▮▮ in the District of Maryland, the defendant,

▮▮▮▮▮▮▮▮

did knowingly possess multiple firearms, that is, ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ all firearms were possessed in

furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841, as alleged in Count Twelve of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

15

## COUNT FIFTEEN
## Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about                         in the District of Maryland, the defendant,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

16

## COUNT SIXTEEN
## Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about                          in the District of Maryland, the defendant,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance, and a quantity of a mixture or

substance containing heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT SEVENTEEN
## Distribution and Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland further charges:

On or about                              in the District of Maryland, the defendant,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a

mixture or substance containing heroin, a Schedule I controlled substance and a quantity of a

mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide,

commonly called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
18 U.S.C. § 2

18

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of the defendants' convictions under Counts One through Thirteen of this Indictment.

### Narcotics Forfeiture

2.      As a result of conviction under any of the offenses set forth in Counts One Two, Four, Five, Six, Seven, Eight, Eleven, Twelve, Fifteen, Sixteen, and Seventeen incorporated here, the defendants shall forfeit:

a.      any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

b.      any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3.      The property to be forfeited includes any funds that were furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges and was used or intended to be used to facilitate a violation of the Controlled Substances Act.

### Firearms and Ammunition Forfeiture

4.      Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of any offense(s) alleged in Counts Three, Nine, Ten, Thirteen, and Fourteen the defendant(s) convicted

of such offense(s) shall forfeit to the United States any firearms and ammunition involved in those offense(s).

## **Property Subject to Forfeiture**

5.    The property to be forfeited includes, but is not limited to, the following:

    a.  a forfeiture money judgment in the amount of proceeds the defendant obtained;



20



r.  a Ruger P97DC .45 caliber handgun, bearing serial number 663-21851;

s.  a Taurus model 85 .38 caliber revolver, bearing serial number JG96453;



x.  Approximately 29, .45 caliber rounds

z.  Approximately 5, .38 caliber rounds

21

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

Foreperson

08·02·23
Date