USAO#2023R00584

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

CHRISTOPHER EDISON

Defendant.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Criminal No. ELH-23-0266

(Possession with Intent to Distribute
Controlled Substances, 21 U.S.C.
§ 841(a); Forfeiture, 21 U.S.C. § 853)

\*\*\*\*\*\*

## SUPERSEDING CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about January 27, 2023, in the District of Maryland, the defendant,

**CHRISTOPHER EDISON,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide, commonly called fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

1

## FORFEITURE ALLEGATION

The United States Attorney further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the defendant's conviction under Count One of this Superseding Information.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count One of this Superseding Information, the defendant,

**CHRISTOPHER EDISON,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. a Ruger P97DC .45 caliber handgun, bearing serial number 663-21851;

   b. a Taurus model 85 .38 caliber revolver, bearing serial number JG96453;

   c. approximately 29 rounds of .45 caliber ammunition; and

   d. approximately five rounds of .38 caliber ammunition.

## Substitute Assets

4. If any of the property described above, as a result of any act or omission of the defendant,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*Erek Barron*  *Ca Mp*  Digitally signed by Calvin Miner
Date: 2024.03.06 15:05:17 -05'00'

Erek L. Barron
United States Attorney

03/06/2024
Date

3